IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE JADE GROUP, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COTTMAN TRANSMISSION CENTERS, LLC, et al.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 16-01237 |

## ORDER

AND NOW, this 13th day of July, 2016, upon consideration of Cottman Transmission Centers ("Cottman"), American Driveline Systems, Inc. ("American Driveline") and Global Powertrain Systems, LLC's ("GPS") (collectively "Defendants") motion to dismiss (ECF No. 15), Plaintiffs response in opposition (ECF No. 18), Defendants' reply (ECF No. 19), and oral argument held on June 16, 2016 (ECF No. 22), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is:

1. **DENIED** with respect the claims in Count I for breach of contract against Cottman;

2. **GRANTED** with respect to the claims in Count I for breach of the implied covenant of good faith and fair dealing against Cottman;

3. **DENIED** with respect to Counts II, III, IV and V.

                                                    BY THE COURT:

                                                    */s/ Gerald J. Pappert*
                                                    GERALD J. PAPPERT, J.