IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE JADE GROUP, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COTTMAN TRANSMISSION | : | |
| CENTERS, LLC, et al. | : | NO. 16-1237 |

**ORDER**

**AND NOW**, this 22nd day of November, 2017, after a telephonic conference held today with counsel, it is hereby

**ORDERED**

that the parties shall send a joint report to the Honorable Gerald J. Pappert no later than January 15, 2018 to advise whether the court may dismiss the case as settled pursuant to Local Rule 41.1(b). A copy of the report shall also be sent to the undersigned.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE