IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE JADE GROUP, INC., a Colorado corporation, JADE WR INC., a Colorado corporation, B & C TRANSMISSIONS, LLC, a South Carolina limited liability company, and CDL TRANSMISSION, LLC, a South Carolina limited liability company, | : : : : : CIVIL ACTION : No. 16-01237 : : |
| Plaintiffs, | : |
| v. | : STIPULATION TO DISMISS PURSUANT : TO LOCAL RULE 41.1.b. |
| COTTMAN TRANSMISSION CENTERS, LLC, a Delaware limited liability company, AMERICAN DRIVELINE SYSTEMS, INC., a Delaware corporation, and GLOBAL POWERTRAIN SYSTEMS, LLC, a Delaware limited liability company, | : : : : : : : |
| Defendants. | : |

Pursuant to Rule 41.1.b of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania, the parties hereby stipulate to the dismissal of this action with prejudice. The parties advise this Court that underlying this stipulation is the fact that the parties have reached a settlement of all of their claims.

Dated: December 6, 2017

Respectfully submitted,

**REGER RIZZO DARNALL, LLP**

By: /s/ Steven Kapustin
    Harris J. Chernow
    Steven Kapustin
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 495-6500
Fax: (215) 495-6600

Of counsel:

**DADY & GARDNER, P.A.**
J. Michael Dady
5100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
612-359-9000

*Attorneys for Plaintiffs*

Dated: December 6, 2017          Respectfully submitted,

**CHENG COHEN LLC**

By: */s/ Aaron-Michael Sapp*
    Aaron-Michael Sapp
    Fredric A. Cohen
311 North Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1717
Facsimile: (312) 277-3961
fredric.cohen@chengcohen.com
asapp@chengcohen.com

-and-

By: */s/Seth L. Laver*
    Seth L. Laver, Esq. (# 94518)
    Michael P. Luongo, Esq. (# 311948)
GOLDBERG SEGALLA LLP
1700 Market St. Ste. 1418
Philadelphia, PA 19103
Phone: (267) 519-6800
Fax: (267) 519-6801
slaver@goldbergsegalla.com
mluongo@goldbergsegalla.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing Stipulation to Dismiss Pursuant to Local Rule 41.1.b with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: December 6, 2017                 **REGER RIZZO DARNALL, LLP**

                                                        /s/ Steven Kapustin
                                                        Steven Kapustin, Esq.